UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

*Deborah Bowman v. Bayer Corporation, et al.*     No. 3:10-cv-13378-DRH

*Catherine Garretson v. Bayer Corporation, et al.*  No. 3:10-cv-13739-DRH

*Nicole Mauck v. Bayer Corporation, et al.*       No. 3:10-cv-12465-DRH

*Kathryn Reid v. Bayer Corporation, et al.*       No. 3:10-cv-13172-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on July 19, 2013, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:   /s/*Sara Jennings*
      **Deputy Clerk**

Dated:  July 30, 2013

Digitally signed by
David R. Herndon
Date: 2013.07.30
14:12:25 -05'00'

APPROVED:
       CHIEF JUDGE
       U. S. DISTRICT COURT